UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ROBERT LEE HOOD, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:07-CV-992-HEA |
| ALAN BLAKE, | ) |
| Defendant. | ) |

### ORDER AND MEMORANDUM

This matter is before the Court upon the application of Robert Lee Hood for leave to commence this action without payment of the required filing fee. *See* 28 U.S.C. § 1915(a). Upon consideration of the financial information provided with the application, the Court finds that plaintiff is financially unable to pay any portion of the filing fee. Therefore, plaintiff will be granted leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915(a).

Therefore,

**IT IS HEREBY ORDERED** that plaintiff's motion for leave to proceed in forma pauperis [Doc. #2] is **GRANTED.**

**IT IS FURTHER ORDERED** that the Clerk shall issue process or cause process to be issued upon the complaint.

Dated this 1st day of June 2007

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE