UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

ROBERT LEE HOOD,               )
                               )
        Plaintiff,             )
                               )
vs.                            )          Case No. 4:07CV992 HEA
                               )
ALAN BLAKE,                    )
                               )
        Defendant.             )

## MEMORANDUM AND ORDER

This matter is before the Court on its own motion.  On February 21, 2008, Plaintiff filed a letter with the Court advising the Court that he was withdrawing his request for extension to file an Amended Complaint, pursuant to the Court's Order of December 28, 2007.  The Court granted the motion on February 26, 2008.  Since that time, nothing further has been filed with the Court.  In an effort to maintain the systematic disposition of matters pending, Plaintiff is ordered, within 14 days from the date of this order, to either file an Amended Complaint with the Court or advise the Court as to his inability to do so.  In the event that Plaintiff is unable to file said amended complaint, the matter will be dismissed without

prejudice.

Dated 19th day of June, 2008.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE